UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT M. MANLEY,<br><br>        Defendant. | Case No. 2:23-cv-05549-SB-RAO<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    Plaintiff Clifton Walker filed his complaint against Defendant Robert M. Manley on July 11, 2023.  Dkt. No. 1.  On August 1, 2023, Plaintiff effectuated personal service on Defendant Robert M. Manley.  *See* Dkt. No. 14.  Defendant failed to timely respond, and Plaintiff has not sought entry of default.  Plaintiff is ordered to show cause, in writing, no later than October 2, 2023, why his claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before October 2, 2023, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

    IT IS SO ORDERED.

Date: September 25, 2023

                                              Stanley Blumenfeld, Jr.
                                              United States District Judge